IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN SALTZGIVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   14-cv-1074 JPG/SCW |
| ) | |
| COUNTY OF FRANKLIN ILLINOIS and ) | |
| CHET SCHAFFER, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal (doc. 28).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties.   Here, the parties have presented a stipulation of dismissal. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: September 28, 2016

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE